UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                              §
                                                    §
KAMINSKAS, RODNEY M                                 §      Case No. 09-20169
                                                    §
                        Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                          $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                             $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____      By:/s/MICHAEL G. BERLAND_____
                                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 09-20169   BL   Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KAMINSKAS, RODNEY M | | Date Filed (f) or Converted (c): | 06/02/09 (f) |
| | | | 341(a) Meeting Date: | 07/17/09 |
| For Period Ending: 08/19/13 | | | Claims Bar Date: | 02/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 50%of trust- 11965 Aero, Plainfield-scheduled | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 3. Savings Standard Bank-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4. Hosusehold goods-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding ring-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 7. 50% owner-Tamarck Heating & Cooling Inc-schedu | 0.00 | 0.00 | | 0.00 | FA |
| 8. Tamarack accounts receivable-scheduled | 0.00 | 0.00 | | 0.00 | FA |
|     Subject to bank's security interest | | | | | |
| 9. 2002 Ford Excursion-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Lincoln Navigator-scheduled | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. Annuity-unscheduled on original peittion (u) | 400,000.00 | 319,217.89 | | 319,217.89 | FA |
|     Asset was added on amended schedules but  was originally unscheduled. There were substantial surrender charges. | | | | | |
| 12. Possible causes of action against Niew-uschedule (u) | 0.00 | 0.00 | | 43,500.00 | FA |
|     Asset orignally unscheduled but added to amended schedules | | | | | |
| 13. Watch and bracelet-orignally unscheduled | 2,500.00 | Unknown | | 0.00 | FA |
|     Added to amended schedules | | | | | |
| 14. Sheet metal retirement-originally unscheduled | 82,000.00 | Unknown | | 0.00 | FA |
| 15. Sheet metal retirement-$2600 per month-unschhed | 2,600.00 | 0.00 | | 0.00 | FA |
| 16. Sheet metal retirement fund-originally unschedul | 90,000.00 | 0.00 | | 0.00 | FA |
| 17. Lawsuit against Sandra Kaminskas-unscheduled | 0.00 | Unknown | | 0.00 | FA |
|     She filed for bankruptcy. Trustee's counsel believes there is no value. | | | | | |
| 18. 99%owner Tamarack Heating & Cooling LLC-unschedu | 0.00 | 0.00 | | 0.00 | FA |
|     Orignally unscheduled but added to amended schedules | | | | | |
| 19. Lawsuit against T.R. Miller (u) | 5,000.00 | 20,000.00 | | 20,000.00 | 0.00 |

Ver: 17.02e

FORM F

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit A

Case No:      09-20169      BL   Judge: Bruce W. Black

Case Name:      KAMINSKAS, RODNEY M

Trustee Name:                        MICHAEL G. BERLAND

Date Filed (f) or Converted (c):      06/02/09 (f)

341(a) Meeting Date:                  07/17/09

Claims Bar Date:                      02/01/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.70 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,818,800.00 | $339,217.89 | | $382,724.59 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel to investigate certain potential assets. A non-exempt annuity has been recovered. The

debtor's discharge was denied.   The Trusrtee settled the lawsuit against T.R. Miller and is recieving payments. There

is a lawsuit still pending against Niew.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-20169  -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KAMINSKAS, RODNEY M | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3665  Money Market Account |
| Taxpayer ID No: | *******1217 | | |
| For Period Ending: | 08/19/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/11 | 11 | Aviva Life & Annuity | DEPOSIT CHECK #720151 | 1229-000 | 319,217.89 | | 319,217.89 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.91 | | 319,219.80 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 459.14 | 318,760.66 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.70 | | 318,763.36 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 654.98 | 318,108.38 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.09 | | 318,110.47 |
| 01/25/12 | | Transfer to Acct #*******4976 | Bank Funds Transfer | 9999-000 | | 318,110.47 | 0.00 |

|  | COLUMN TOTALS | 319,224.59 | 319,224.59 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 318,110.47 | |
| | Subtotal | 319,224.59 | 1,114.12 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 319,224.59 | 1,114.12 | |

Page Subtotals                          319,224.59           319,224.59

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-20169  -BL | |
| Case Name: | KAMINSKAS, RODNEY M | |

| | |
|---|---|
| Taxpayer ID No: | *******1217 |
| For Period Ending: | 08/19/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3666  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-20169  -BL | | | Trustee Name: | MICHAEL G. BERLAND | |
| Case Name: | KAMINSKAS, RODNEY M | | | Bank Name: | Congressional Bank | |
| | | | | Account Number / CD #: | *******4976  Checking Account | |
| Taxpayer ID No: | *******1217 | | | | | |
| For Period Ending: | 08/19/13 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******3665 | Bank Funds Transfer | 9999-000 | 318,110.47 | | 318,110.47 |
| 02/08/12 | 001001 | Grochocinski, Grochocinski & Lloyd | Attorney fee and expenses per court order | 3220-000 | | 27,194.44 | 290,916.03 |
| * 02/08/12 | 001002 | Grochocinski, Grochocinski & Lloyd | Attorney expenses per court order | 3220-003 | | 1,286.94 | 289,629.09 |
| * 03/13/12 | 001002 | Grochocinski, Grochocinski & Lloyd | Attorney expenses per court order Check stopped | 3220-003 | | -1,286.94 | 290,916.03 |
| 03/29/12 | 001003 | Gloria Longest | Payment for preparation of tax returns  per court order | 3410-000 | | 500.00 | 290,416.03 |
| 06/21/12 | 19 | TR Miller Heating & Cooling | | 1229-000 | 5,000.00 | | 295,416.03 |
| 07/10/12 | 19 | 1250TR Miler Heating & Cooling | | 1229-000 | 1,250.00 | | 296,666.03 |
| 08/16/12 | 19 | Tr Miller Heating & Cooling | | 1229-000 | 1,250.00 | | 297,916.03 |
| 09/12/12 | 19 | T↕ Miller Heating & Coling | | 1229-000 | 1,250.00 | | 299,166.03 |
| 10/08/12 | 19 | T.J. Miller Heating | | 1241-000 | 1,250.00 | | 300,416.03 |
| 11/08/12 | 001004 | David P. Lloyd Ltd | Payment of attonrey fee per court order | 3210-000 | | 13,150.00 | 287,266.03 |
| 11/08/12 | 001005 | David P. Lloyd Ltd | Payment of expenses for special counsel per court order | 3220-000 | | 284.00 | 286,982.03 |
| 11/19/12 | 19 | TR Miller Heating & Cooling | | 1229-000 | 1,250.00 | | 288,232.03 |
| 12/13/12 | 19 | TR Miller Heating & Cooling | | 1229-000 | 1,250.00 | | 289,482.03 |
| 01/10/13 | 19 | TR Miller Heating & Cooling | | 1241-000 | 1,250.00 | | 290,732.03 |
| 02/28/13 | 12 | Kathleen Niew | Settleemnt check per court order | 1241-000 | 43,500.00 | | 334,232.03 |
| 03/20/13 | 19 | T.R. Miller | Payment per settlement | 1229-000 | 1,250.00 | | 335,482.03 |
| 03/21/13 | 19 | TR Miler | Payment per settlement | 1229-000 | 1,250.00 | | 336,732.03 |
| 04/17/13 | 19 | TR Miller Heating | | 1229-000 | 1,250.00 | | 337,982.03 |
| 05/01/13 | 001006 | Gloria Longest | Payment for preparation of tax returns | 3410-000 | | 500.00 | 337,482.03 |
| 05/08/13 | 19 | TR Miller | | 1229-000 | 1,250.00 | | 338,732.03 |
| 06/05/13 | 19 | TR Miller | | 1229-000 | 1,250.00 | | 339,982.03 |

| | | | | Page Subtotals | 381,610.47 | 41,628.44 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-20169  -BL | |
| Case Name: | KAMINSKAS, RODNEY M | |
| | | |
| Taxpayer ID No: | *******1217 | |
| For Period Ending: | 08/19/13 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******4976  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 381,610.47 | 41,628.44 | 339,982.03 |
| | | | Less:  Bank Transfers/CD's | | 318,110.47 | 0.00 | |
| | | | Subtotal | | 63,500.00 | 41,628.44 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 63,500.00 | 41,628.44 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********3665 | 319,224.59 | 1,114.12 | 0.00 |
| Checking Account - ********3666 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4976 | 63,500.00 | 41,628.44 | 339,982.03 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 382,724.59 | 42,742.56 | 339,982.03 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                            0.00                    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:   09-20169
Debtor Name:   KAMINSKAS, RODNEY M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 040 5300-00 | Department of the Treasury IRS Centralized Insolvency Ops. PO Box 21126 Philadelphia, PA 19114 | Priority | | $13,840.73 | $0.00 | $13,840.73 |
| 000002 070 7100-00 | Morris Daily Herald c/o Creditors Discount & Audit 415 E. Main Street Streator, IL 61364-0213 | Unsecured | | $1,571.00 | $0.00 | $1,571.00 |
| 000003 070 7100-00 | Commercial Products Group c/o Johnson,Morgan & White 6800 Broken Sound Pkwy. Boca Raton, FL 33487-2788 | Unsecured | | $3,501.88 | $0.00 | $3,501.88 |
| 000004 070 7100-00 | Excelsior Mfg & Supply Corp. c/o Teller,Levit & Silvertrust 11 East Adams Street Chicago, IL 60603 | Unsecured | | $8,185.98 | $0.00 | $8,185.98 |
| 000005 070 7100-00 | Suburban Chicago Newspapers / Suntimes Media 6901 W. 159th Street Tinley Park, IL 60477 | Unsecured | | $61,788.50 | $0.00 | $61,788.50 |
| 000006 070 7100-00 | Connor Co. 694 Heartland Drive Sugar Grove, IL 60554-9587 | Unsecured | | $52,075.47 | $0.00 | $52,075.47 |
| 000007 070 7100-00 | FIRST COMMUNITY BANK OF JOLIET c/o Steven Plato Troy 116 North Chicago Street Suite 202 Joliet,Illinois 60432 | Unsecured | | $291,745.78 | $0.00 | $291,745.78 |
| 000008 070 7100-00 | First Community Bank of Joliet c/o Joel A. Stein Deutsch, Levy & Levy & Engel, CHTD 225 W. Washington ST., 1700 Chicago, IL 60606 | Unsecured | | $1,459,150.25 | $0.00 | $1,459,150.25 |
| 000009 070 7100-00 | First Community Bank of Joliet c/o Joel A. Stein Deutsch, Levy & Levy & Engel, CHTD 225 W. Washington ST., 1700 Chicago, IL 60606 | Unsecured | | $1,903,349.42 | $0.00 | $1,903,349.42 |
| 000010 070 7100-00 | First Community Bank of Joliet c/o Joel A. Stein Deutsch, Levy & Levy & Engel, CHTD 225 W. Washington ST., 1700 Chicago, IL 60606 | Unsecured | | $32,243.45 | $0.00 | $32,243.45 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 2

Date: August 19, 2013

Case Number:   09-20169

Debtor Name:   KAMINSKAS, RODNEY M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Chuhak & Tecson, P.C. 30 S. Wacker Drive Suite 2600 Chicago, IL 60606-7413 | Unsecured | | $53,667.99 | $0.00 | $53,667.99 |
| 000012A 070 7100-00 | Deborah B. Simon, Trustee 333 Broadway, Suite 607 Paducah, KY 42001-0720 | Unsecured | | $125,000.00 | $0.00 | $125,000.00 |
| 000001 050 4110-00 | Ford Motor Credit Company LLC P O Box 537901 Livonia MI 48153-9905 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $4,006,120.45 | $0.00 | $4,006,120.45 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-20169
Case Name: KAMINSKAS, RODNEY M
Trustee Name: MICHAEL G. BERLAND

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                        $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid _pro_ _rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Morris Daily Herald | $ | $ | $ |
| 000003 | Commercial Products Group | $ | $ | $ |
| 000004 | Excelsior Mfg & Supply Corp. | $ | $ | $ |
| 000005 | Suburban Chicago Newspapers / Suntimes Media | $ | $ | $ |
| 000006 | Connor Co. | $ | $ | $ |
| 000007 | FIRST COMMUNITY BANK OF JOLIET | $ | $ | $ |
| 000008 | First Community Bank of Joliet | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | First Community Bank of Joliet | $ | $ | $ |
| 000010 | First Community Bank of Joliet | $ | $ | $ |
| 000011 | Chuhak & Tecson, P.C. | $ | $ | $ |
| 000012A | Deborah B. Simon, Trustee | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____


Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE