UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KAMINSKAS, RODNEY M § Case No. 09-20169
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/27/2013 in Courtroom ,
Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2013            By: /s/ Michael G. Berland
                                        Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KAMINSKAS, RODNEY M § Case No. 09-20169
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 382,724.59 |
| and approved disbursements of | $ | 42,742.56 |
| leaving a balance on hand of[1] | $ | 339,982.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ 35,454.63 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 339,982.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 22,386.23 | $ 0.00 | $ 22,386.23 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 464.00 | $ 0.00 | $ 464.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 22,850.23 |
| Remaining Balance | $ | 317,131.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,840.73  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Department of the Treasury | $         13,840.73 | $              0.00 | $         13,840.73 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 13,840.73 |
| Remaining Balance | $ | 303,291.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,992,279.72  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Morris Daily Herald | $          1,571.00 | $              0.00 | $             119.35 |
| 000003 | Commercial Products Group | $          3,501.88 | $              0.00 | $             266.04 |
| 000004 | Excelsior Mfg & Supply Corp. | $          8,185.98 | $              0.00 | $             621.88 |
| 000005 | Suburban Chicago Newspapers / Suntimes Media | $         61,788.50 | $              0.00 | $          4,694.03 |
| 000006 | Connor Co. | $         52,075.47 | $              0.00 | $          3,956.14 |
| 000007 | FIRST COMMUNITY BANK OF JOLIET | $        291,745.78 | $              0.00 | $         22,163.75 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | First Community Bank of Joliet | $ 1,459,150.25 | $ 0.00 | $ 110,850.76 |
| 000009 | First Community Bank of Joliet | $ 1,903,349.42 | $ 0.00 | $ 144,596.30 |
| 000010 | First Community Bank of Joliet | $ 32,243.45 | $ 0.00 | $ 2,449.52 |
| 000011 | Chuhak & Tecson, P.C. | $ 53,667.99 | $ 0.00 | $ 4,077.12 |
| 000012A | Deborah B. Simon, Trustee | $ 125,000.00 | $ 0.00 | $ 9,496.18 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 303,291.07 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                         Case No. 09-20169-BWB
Rodney M Kaminskas                                             Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal              Page 1 of 3                  Date Rcvd: Aug 20, 2013
                              Form ID: pdf006             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2013.
db           #+Rodney M Kaminskas,    7940 N. Pioneer Road,    Morris, Il 60450-8547
aty           +David P Lloyd,    Grochocinski Grochocski and Lloyd Ltd,    1900 Ravinia Road,
                Orland Park, IL 60462-3760
aty           +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
13996363       AT&T,   c/o Joseph, Mann & Creed,    20600 Chagrin Blvd, Suite 550,
                Shaker Heights, OH 44122-5340
13996362       Arrow Financial Services,    c/o National Enterprise System,    29125 Solon Road,
                Solon, OH 44139-3442
13996365      +Chicago Furnace Supply,    P.O. Box 648,    Lisle, IL 60532-0648
13996366      +Chuhak & Tecson,    30 South Wacker Drive,    Suite 2600,   Chicago, IL 60606-7512
14969310      +Chuhak & Tecson, P.C.,    30 S. Wacker Drive,    Suite 2600,   Chicago, IL 60606-7512
13996367      +Commercial Products Group,    c/o Johnson,Morgan & White,    6800 Broken Sound Pkwy.,
                Boca Raton, FL 33487-2721
13996368       Connor Co.,   694 Heartland Drive,    Sugar Grove, IL 60554-9587
13996369      +Country Mutual Insurance,    c/o ER Solutions, Inc.,    PO Box 9004,   Renton, WA 98057-9004
15049431       Deborah B. Simon, Trustee,    333 Broadway, Suite 607,    Paducah, KY 42001-0720
13996371      +Earl Jennings,    c/o Hurley, McKenna & Metz,    33 North Dearborn, Suite 1430,
                Chicago, IL 60602-3879
13996373      +Excelsior Mfg & Supply Corp.,    c/o Teller,Levit & Silvertrust,    11 East Adams Street,
                Chicago, IL 60603-6301
18132761      +FIRST COMMUNITY BANK OF JOLIET,    c/o Steven Plato Troy,    116 North Chicago Street Suite 202,
                Joliet,Illinois 60432-4207
13996375     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Co,     PO Box 537901,   Livonia, MI 48153-9905)
14081367       Federated Insurance,    Attention Recovery Unit,    P O Box 328,   Owatonna MN 55060-0328
13996374      +First Community Bank of Joliet,    c/o Joel A. Stein,    Deutsch, Levy & Levy & Engel, CHTD,
                225 W. Washington ST., 1700,    Chicago, IL 60606-3482
14284480      +First Community Bank of Joliet,    2801 Black Road,    Joliet, IL 60435-2929
14284481      +Ford Motor Credit Company LLC,    c/o Sherman & Sherman,    120 S. LaSalle St., Ste 1460,
                Chicago, IL 60603-3575
14081368      +Gary R. Iverson,    c/o Destiny Porter, Esq,    100 West Randolph St 13th Fl,
                Chicago, IL 60601-3397
13996376      +Haller, Harlan & Taylor,    5085 W. Park Blvd.,    Suite 150,   Plano, TX 75093-2009
13996377       Heritage Fs, Inc.,    c/o Coface Collections,    North America, Inc.,    Metairie, LA 70011-8510
13996378      +IDES,   527 S. Wells,    Chicago, IL 60607-3960
13996379      +IL Dept of Employment Security,    Benefit Payment-Control Div.,    PO Box 4385,
                Chicago, IL 60680-4385
14081366       Illinois Department of Revenue,    P O Box 19035,    Springfield Il 62794-9035
13996380       Illinois Department of Revenue,    Bankruptcy Section,    100 W. Randolph Level 7-425,
                Chicago, IL 60601
13996381      +Illinois Tollway,    c/o GC Services Limited,    6330 Gulfton,   Houston, TX 77081-1108
13996382      +Marilyn Ganser,    IRS,   200 West Adams Street,    Chicago, IL 60606-5208
13996364       Morris Daily Herald,    415 E. Main Street,    PO Box 213,   Streator, IL 61364-0213
13996383      +Morris Daily Herald,    c/o Creditors Discount & Audit,    415 E. Main Street,
                Streator, IL 61364-2927
13996384      +Paddock Publications,    c/o Dennis B. Porick,    63 West Jefferson, Ste 100,
                Joliet, IL 60432-4337
13996385      +Sheet Metal Workers Local,    205 Alexandra Way,    Carol Stream, IL 60188-2080
13996386       Sprint,   c/o Diversified Adj. Service,    PO Box 32145,    Fridley, MN 55432-0145
13996387      +Suburban Chicago Newspapers / Suntimes Media,    6901 W. 159th Street,
                Tinley Park, IL 60477-2327
13996388      +The Enterprise,    15507 S. Rte 59,    Plainfield, IL 60544-2723
13996389      +Will County Clerk of Courts,    302 N. Chicago Street,    Joliet, IL 60432-4078
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13996372      +E-mail/Text: bankruptcy@edward.org Aug 21 2013 02:00:24      Edward Hospital,
                801 South Washington Street,    Naperville, IL 60540-7499
13996370       E-mail/Text: cio.bncmail@irs.gov Aug 21 2013 01:49:34      Department of the Treasury,    IRS,
                Centralized Insolvency Ops.,    PO Box 21126,   Philadelphia, PA 19114
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14081369*     +Chicago Furnace Supply,    P O Box 648,    Lisle IL 60532-0648
14030757*    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company LLC,     P O Box 537901,
                Livonia MI 48153-9905)
14769339*     +First Community Bank of Joliet,    2801 Black Rd,    Joliet, IL 60435-2929
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: corrinal              Page 2 of 3               Date Rcvd: Aug 20, 2013
                              Form ID: pdf006             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: corrinal              Page 3 of 3                  Date Rcvd: Aug 20, 2013
                               Form ID: pdf006             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2013 at the address(es) listed below:

              Ariane  Holtschlag    on behalf of Plaintiff Michael G Berland aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              Chester H. Foster, Jr.    on behalf of Defendant    TR Miller Heating & Cooling, Inc.
               chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
              David E Grochocinski    on behalf of Plaintiff Michael G Berland lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David J Novotny    on behalf of Defendant    Aviva LIfe and Annuity Company dnovotny@cmn-law.com,
               lmickolayck@cmn-law.com
              David P Lloyd    on behalf of Plaintiff Michael G Berland courtdocs@davidlloydlaw.com
              David P Lloyd    on behalf of Trustee Michael G Berland courtdocs@davidlloydlaw.com
              Emily N Masalski    on behalf of Creditor    First Community Bank of Joliet masalski@dlec.com,
               richards@dlec.com;shump@dlec.com;emasalski@yahoo.com;stein@dlec.com
              Geoffrey A Belzer    on behalf of Defendant    Niew Legal Partners, P. C.
               geoffrey.belzer@wilsonelser.com, ida.varriale@wilsonelser.com
              Geoffrey A Belzer    on behalf of Defendant Kathleen I Niew geoffrey.belzer@wilsonelser.com,
               ida.varriale@wilsonelser.com
              Georgia L. Joyce    on behalf of Defendant    Aviva LIfe and Annuity Company gjoyce@cmn-law.com,
               jpalm@cmn-law.com
              Jason M. Kuzniar    on behalf of Defendant Kathleen I Niew Jason.Kuzniar@wilsonelser.com,
               rosaura.ortiz@wilsonelser.com
              Jason M. Kuzniar    on behalf of Defendant    Niew Legal Partners, P. C.
               Jason.Kuzniar@wilsonelser.com, rosaura.ortiz@wilsonelser.com
              Joel A Stein    on behalf of Creditor    First Community Bank of Joliet joelastein@dlec.com
              Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael J. Davis    on behalf of Debtor Rodney M Kaminskas mdavis@archerbay.com,
               davislaw80@gmail.com
              Michael J. Davis    on behalf of Defendant Rodney M Kaminskas mdavis@archerbay.com,
               davislaw80@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rebecca M Rothmann    on behalf of Defendant Kathleen I Niew rebecca.rothmann@wilsonelser.com
              Rebecca M Rothmann    on behalf of Defendant    Niew Legal Partners, P. C.
               rebecca.rothmann@wilsonelser.com
              Timothy M Swanson    on behalf of Creditor    First Community Bank of Joliet tswanson@stinson.com
                                                                                             TOTAL: 20