UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                   §
                                         §
KAMINSKAS, RODNEY M                      §        Case No. 09-20169
                                         §
         Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 First Community Bank of Joliet 2801 Black Rd. Joliet IL 60435 | | | | | |
| | Creditor # : 2 Ford Motor Credit Company, LLC P.O. Box 537901 Livonia MI 48153-9905 | | | | | |
| | Creditor # : 3 Will County Clerk 302 N. Chicago Street Joliet IL 60432 | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| DAVID P. LLOYD LTD | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LLOYD LTD | | | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD | | | | | |
| LONGEST, GLORIA | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 IRS Centralized Insolvency Ops. PO Box 21126 Philadelphia PA 19114 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 IDES 527 S. Wells Chicago IL 60607-3922 | | | | | |
| | Creditor # :3 IL Dept of Employment Security Benefit Payment-Control Div. PO Box 4385 Chicago IL 60680 | | | | | |
| | Creditor # :4 Illinois Department of Revenue Bankruptcy Section 100 W. Randolph Level 7-425 Chicago IL 60601 | | | | | |
| | Creditor # :5 Illinois Dept. of Revenue P.O. Box 19035 Springfield IL 62794-9035 | | | | | |
| | Creditor # :6 Marilyn Ganser IRS - Appeals Office 200 West Adams Street Chicago IL 60606 | | | | | |
| 000013 | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Arrow Financial Services c/o National Enterprise System 29125 Solon Road Solon OH 44139-3442 | | | | | |
| | Creditor # :10 Edward Hospital 801 South Washington Street Naperville IL 60540 | | | | | |
| | Creditor # :12 Federated Insurance Attention Recovery Unit PO Box 328 Owatonna MN 55060-0328 | | | | | |
| | Creditor # :13 Gary R. Iverson c/o Destiny Porter, Esq. 100 West Randolph St.,13th Fl Chicago IL 60601 | | | | | |
| | Creditor # :14 Haller, Harlan & Taylor 5085 W. Park Blvd. Suite 150 Plano TX 75093 | | | | | |
| | Creditor # :15 Heritage Fs, Inc. c/o Coface Collections North America, Inc. Metairie LA 70011-8510 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :16 Illinois Tollway c/o GC Services Limited 6330 Gulfton Houston TX 77081 | | | | | |
| | Creditor # :18 Paddock Publications c/o Dennis B. Porick 63 West Jefferson, Ste 100 Joliet IL 60432 | | | | | |
| | Creditor # :19 Sheet Metal Workers Local 265 205 Alexandra Way Carol Stream IL 60188 | | | | | |
| | Creditor # :2 AT&T c/o Joseph, Mann & Creed 20600 Chagrin Blvd, Suite 550 Shaker Heights OH 44122-5340 | | | | | |
| | Creditor # :20 Sprint c/o Diversified Adj. Service PO Box 32145 Fridley MN 55432-0145 | | | | | |
| | Creditor # :22 The Enterprise 15507 S. Rte 59 Plainfield IL 60544 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :3 Morris Daily Herald 415 E. Main Street PO Box 213 Streator IL 61364-0213 | | | | | |
| | Creditor # :4 Chicago Furnace Supply P.O. Box 648 Lisle IL 60532 | | | | | |
| | Creditor # :8 Country Mutual Insurance c/o ER Solutions, Inc. PO Box 9004 Renton WA 98057 | | | | | |
| | Creditor # :9 Earl Jennings c/o Hurley, McKenna & Metz 33 North Dearborn, Suite 1430 Chicago IL 60602 | | | | | |
| 000011 | CHUHAK & TECSON, P.C. | | | | | |
| 000003 | COMMERCIAL PRODUCTS GROUP | | | | | |
| 000006 | CONNOR CO. | | | | | |
| 000012A | DEBORAH B. SIMON, TRUSTEE | | | | | |
| 000004 | EXCELSIOR MFG & SUPPLY CORP. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | FIRST COMMUNITY BANK OF JOLIET | | | | | |
| 000008 | FIRST COMMUNITY BANK OF JOLIET | | | | | |
| 000009 | FIRST COMMUNITY BANK OF JOLIET | | | | | |
| 000010 | FIRST COMMUNITY BANK OF JOLIET | | | | | |
| 000002 | MORRIS DAILY HERALD | | | | | |
| 000005 | SUBURBAN CHICAGO NEWSPAPERS / SUNTI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: | 09-20169  BL  Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | KAMINSKAS, RODNEY M | Date Filed (f) or Converted (c): 06/02/09 (f) |
| | | 341(a) Meeting Date: 07/17/09 |
| For Period Ending: | 04/09/14 | Claims Bar Date: 02/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 50% of trust- 11965 Aero, Plainfield-scheduled | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 3. Savings Standard Bank-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 4. Hosusehold goods-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding ring-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 7. 50% owner-Tamarck Heating & Cooling Inc-schedu | 0.00 | 0.00 | | 0.00 | FA |
| 8. Tamarack accounts receivable-scheduled    Subject to bank's security interest | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2002 Ford Excursion-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Lincoln Navigator-scheduled | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. Annuity-unscheduled on original peittion (u)    Asset was added on amended schedules but was originally unscheduled.    There were substantial surrender charges. | 400,000.00 | 319,217.89 | | 319,217.89 | FA |
| 12. Possible causes of action against Niew-uschedule (u)    Asset orignally unscheduled but added to amended schedules | 0.00 | 0.00 | | 43,500.00 | FA |
| 13. Watch and bracelet-orignally unscheduled    Added to amended schedules | 2,500.00 | Unknown | | 0.00 | FA |
| 14. Sheet metal retirement-originally unscheduled | 82,000.00 | Unknown | | 0.00 | FA |
| 15. Sheet metal retirement-$2600 per month-unschhed | 2,600.00 | 0.00 | | 0.00 | FA |
| 16. Sheet metal retirement fund-originally unschedul | 90,000.00 | 0.00 | | 0.00 | FA |
| 17. Lawsuit against Sandra Kaminskas-unscheduled    She filed for bankruptcy. Trustee's counsel believes there is no value. | 0.00 | Unknown | | 0.00 | FA |
| 18. 99%owner Tamarack Heating & Cooling LLC-unschedu    Orignally uncheduled but added to amended schedules | 0.00 | 0.00 | | 0.00 | FA |
| 19. Lawsuit against T.R. Miller (u) | 5,000.00 | 20,000.00 | | 20,000.00 | 0.00 |

LFORM1

Ver: 17.04c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Case 09-20169    Doc 116    Filed 04/10/14    Entered 04/10/14 09:35:13    Desc Main
Document      Page 12 of 18

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-20169 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KAMINSKAS, RODNEY M | | | | Date Filed (f) or Converted (c): | 06/02/09 (f) |
| | | | | | 341(a) Meeting Date: | 07/17/09 |
| | | | | | Claims Bar Date: | 02/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.70 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,818,800.00 | $339,217.89 | | $382,724.59 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel to investigate certain potential assets. A non-exempt annuity has been recovered. The
debtor's discharge was denied.   The Trusrtee settled the lawsuit against T.R. Miller and is recieving payments. There
is a lawsuit still pending against Niew.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-20169 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KAMINSKAS, RODNEY M | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3665  Money Market Account |
| Taxpayer ID No: | *******1217 | | | |
| For Period Ending: | 04/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/11 | 11 | Aviva Life & Annuity | DEPOSIT CHECK #720151 | 1229-000 | 319,217.89 | | 319,217.89 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.91 | | 319,219.80 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 459.14 | 318,760.66 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.70 | | 318,763.36 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 654.98 | 318,108.38 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.09 | | 318,110.47 |
| 01/25/12 | | Transfer to Acct #*******4976 | Bank Funds Transfer | 9999-000 | | 318,110.47 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 319,224.59   319,224.59   0.00 |
| Less: Bank Transfers/CD's | 0.00   318,110.47 |
| Subtotal | 319,224.59   1,114.12 |
| Less: Payments to Debtors | 0.00 |
| Net | 319,224.59   1,114.12 |

Page Subtotals    319,224.59    319,224.59

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-20169 -BL | |
| Case Name: | KAMINSKAS, RODNEY M | |
| Taxpayer ID No: | *******1217 | |
| For Period Ending: | 04/09/14 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******3666  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 17.04c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-20169 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | KAMINSKAS, RODNEY M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4976 Checking Account |
| Taxpayer ID No: | *******1217 | | | |
| For Period Ending: | 04/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******3665 | Bank Funds Transfer | 9999-000 | 318,110.47 | | 318,110.47 |
| 02/08/12 | 001001 | Grochocinski, Grochocinski & Lloyd | Attorney fee and expenses per court order | 3220-000 | | 27,194.44 | 290,916.03 |
| * 02/08/12 | 001002 | Grochocinski, Grochocinski & Lloyd | Attorney expenses per court order | 3220-003 | | 1,286.94 | 289,629.09 |
| * 03/13/12 | 001002 | Grochocinski, Grochocinski & Lloyd | Attorney expenses per court order Check stopped | 3220-003 | | -1,286.94 | 290,916.03 |
| 03/29/12 | 001003 | Gloria Longest | Payment for preparation of tax returns per court order | 3410-000 | | 500.00 | 290,416.03 |
| 06/21/12 | 19 | TR Miller Heating & Cooling | | 1229-000 | 5,000.00 | | 295,416.03 |
| 07/10/12 | 19 | 1250TR Miler Heating & Cooling | | 1229-000 | 1,250.00 | | 296,666.03 |
| 08/16/12 | 19 | Tr Miller Heating & Cooling | | 1229-000 | 1,250.00 | | 297,916.03 |
| 09/12/12 | 19 | T• Miller Heating & Coling | | 1229-000 | 1,250.00 | | 299,166.03 |
| 10/08/12 | 19 | T.J. Miller Heating | | 1241-000 | 1,250.00 | | 300,416.03 |
| 11/08/12 | 001004 | David P. Lloyd Ltd | Payment of attonrey fee per court order | 3210-000 | | 13,150.00 | 287,266.03 |
| 11/08/12 | 001005 | David P. Lloyd Ltd | Payment of expenses for special counsel per court order | 3220-000 | | 284.00 | 286,982.03 |
| 11/19/12 | 19 | TR Miller Heating & Cooling | | 1229-000 | 1,250.00 | | 288,232.03 |
| 12/13/12 | 19 | TR Miller Heating & Cooling | | 1229-000 | 1,250.00 | | 289,482.03 |
| 01/10/13 | 19 | TR Miller Heating & Cooling | | 1241-000 | 1,250.00 | | 290,732.03 |
| 02/28/13 | 12 | Kathleen Niew | Settleemnt check per court order | 1241-000 | 43,500.00 | | 334,232.03 |
| 03/20/13 | 19 | T.R. Miller | Payment per settlement | 1229-000 | 1,250.00 | | 335,482.03 |
| 03/21/13 | 19 | TR Miler | Payment per settlement | 1229-000 | 1,250.00 | | 336,732.03 |
| 04/17/13 | 19 | TR Miller Heating | | 1229-000 | 1,250.00 | | 337,982.03 |
| 05/01/13 | 001006 | Gloria Longest | Payment for preparation of tax returns | 3410-000 | | 500.00 | 337,482.03 |
| 05/08/13 | 19 | TR Miller | | 1229-000 | 1,250.00 | | 338,732.03 |
| 06/05/13 | 19 | TR Miller | | 1229-000 | 1,250.00 | | 339,982.03 |

Page Subtotals          381,610.47          41,628.44

Ver: 17.04c

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-20169 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KAMINSKAS, RODNEY M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4976 Checking Account |
| Taxpayer ID No: | *******1217 | | | |
| For Period Ending: | 04/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | 001007 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 22,386.23 | 317,595.80 |
| 09/30/13 | 001008 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 464.00 | 317,131.80 |
| 09/30/13 | 001009 | Department of the Treasury<br>IRS<br>Centralized Insolvency Ops.<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000013, Payment 100.00000% | 5300-000 | | 13,840.73 | 303,291.07 |
| 09/30/13 | 001010 | Morris Daily Herald<br>c/o Creditors Discount & Audit<br>415 E. Main Street<br>Streator, IL 61364-0213 | Claim 000002, Payment 7.59707% | 7100-000 | | 119.35 | 303,171.72 |
| 09/30/13 | 001011 | Commercial Products Group<br>c/o Johnson,Morgan & White<br>6800 Broken Sound Pkwy.<br>Boca Raton, FL 33487-2788 | Claim 000003, Payment 7.59706% | 7100-000 | | 266.04 | 302,905.68 |
| 09/30/13 | 001012 | Excelsior Mfg & Supply Corp.<br>c/o Teller,Levit & Silvertrust<br>11 East Adams Street<br>Chicago, IL 60603 | Claim 000004, Payment 7.59689% | 7100-000 | | 621.88 | 302,283.80 |
| 09/30/13 | 001013 | Suburban Chicago Newspapers / Suntimes Media<br>6901 W. 159th Street<br>Tinley Park, IL 60477 | Claim 000005, Payment 7.59693% | 7100-000 | | 4,694.03 | 297,589.77 |
| 09/30/13 | 001014 | Connor Co.<br>694 Heartland Drive | Claim 000006, Payment 7.59694% | 7100-000 | | 3,956.14 | 293,633.63 |

Page Subtotals       0.00       46,348.40

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-20169 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | KAMINSKAS, RODNEY M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4976  Checking Account |
| Taxpayer ID No: | *******1217 | | | |
| For Period Ending: | 04/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | 001015 | Sugar Grove, IL 60554-9587<br>FIRST COMMUNITY BANK OF JOLIET<br>c/o Steven Plato Troy<br>116 North Chicago Street Suite 202<br>Joliet, Illinois 60432 | Claim 000007, Payment 7.59694% | 7100-000 | | 22,163.75 | 271,469.88 |
| 09/30/13 | 001016 | First Community Bank of Joliet<br>c/o Joel A. Stein<br>Deutsch, Levy & Levy & Engel, CHTD<br>225 W. Washington ST., 1700<br>Chicago, IL 60606 | Claim 000008, Payment 7.59694% | 7100-000 | | 110,850.76 | 160,619.12 |
| 09/30/13 | 001017 | First Community Bank of Joliet<br>c/o Joel A. Stein<br>Deutsch, Levy & Levy & Engel, CHTD<br>225 W. Washington ST., 1700<br>Chicago, IL 60606 | Claim 000009, Payment 7.59694% | 7100-000 | | 144,596.30 | 16,022.82 |
| 09/30/13 | 001018 | First Community Bank of Joliet<br>c/o Joel A. Stein<br>Deutsch, Levy & Levy & Engel, CHTD<br>225 W. Washington ST., 1700<br>Chicago, IL 60606 | Claim 000010, Payment 7.59695% | 7100-000 | | 2,449.52 | 13,573.30 |
| 09/30/13 | 001019 | Chuhak & Tecson, P.C.<br>30 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606-7413 | Claim 000011, Payment 7.59693% | 7100-000 | | 4,077.12 | 9,496.18 |
| 09/30/13 | 001020 | Deborah B. Simon, Trustee<br>333 Broadway, Suite 607<br>Paducah, KY 42001-0720 | Claim 000012A, Payment 7.59694% | 7100-000 | | 9,496.18 | 0.00 |

Page Subtotals            0.00            293,633.63

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-20169 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KAMINSKAS, RODNEY M | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4976  Checking Account |
| Taxpayer ID No: | *******1217 | | |
| For Period Ending: | 04/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 381,610.47 | 381,610.47 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 318,110.47 | 0.00 | |
| | | | Subtotal | | 63,500.00 | 381,610.47 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 63,500.00 | 381,610.47 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********3665 | 319,224.59 | 1,114.12 | 0.00 |
| Checking Account - ********3666 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4976 | 63,500.00 | 381,610.47 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 382,724.59 | 382,724.59 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*